IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| REMBRANDT SOCIAL MEDIA, LP,<br><br>            Plaintiff<br><br>v.<br><br>FACEBOOK, INC.,<br><br>            Defendant. | CASE NO. 1:13-cv-00158-TSE/TRJ |

### DEFENDANT FACEBOOK, INC.'S MOTION TO EXCLUDE THE TESTIMONY OF JAMES E. MALACKOWSKI

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Facebook, Inc., will and hereby moves the Court to enter an Order granting Facebook's Motion To Exclude the Testimony of James E. Malackowski, as set forth in greater detail in the accompanying papers in support of this motion.

Dated:  September 20, 2013         Respectfully submitted,

                          By:     /s/ Phillip E. Morton

                              Jonathan G. Graves (VSB No. 46136)
                              Phillip E. Morton (VSB No. 71299)
                              COOLEY LLP
                              11951 Freedom Drive
                              Reston, VA  20190
                              Telephone:  703-456-8000
                              Facsimile:   703-456-8100
                              jgraves@cooley.com
                              pmorton@cooley.com

Michael G. Rhodes (Admitted *pro hac vice*)
Heidi Keefe (Admitted *pro hac vice* )
Mark Weinstein (Admitted *pro hac vice*)
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:  (650) 843-5000
Facsimile:   (650) 857-0663
rhodesmg@cooley.com
hkeefe@cooley.com
mweinstein@cooley.com

Attorneys for Defendant Facebook, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of September, 2013, I will electronically file the foregoing DEFENDANT FACEBOOK, INC.'S MOTION TO EXCLUDE THE TESTIMONY OF JAMES E. MALACKOWSKI with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Ahmed J. Davis
Linhong Zhang
FISH & RICHARDSON P.C.
125 K Street N.W. 11th Floor
Washington, D.C. 2005
Telephone: (202) 783-5070
Facsimile: (202) 783-2231
*Counsel for Plaintiff Rembrandt Social Media, LP*

*/s/ Phillip E. Morton*

Jonathan G. Graves (VSB No. 46136)
Phillip E. Morton (VSB No. 71299)
COOLEY LLP
11951 Freedom Drive
Reston, VA 20190
Telephone: 703-456-8000
Facsimile: 703-456-8100
jgraves@cooley.com
pmorton@cooley.com

Attorneys for Defendant Facebook, Inc.