IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| REMBRANDT SOCIAL MEDIA, LP, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-158 |
| | ) | |
| FACEBOOK, INC., | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

The matter came before the Court on defendant's motion to exclude the testimony of James E. Malackowski (Doc. 239). The matter has been fully briefed and argued.

For the reasons stated in the Memorandum Opinion of even date,[1] and for good cause,

It is hereby **ORDERED** that defendant's motion is **GRANTED**. Mr. Malackowski's expert damages report and testimony is excluded under Rule 702, Fed. R. Evid., and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
December 3, 2013

/s/
T. S. Ellis, III
United States District Judge

---

[1] Both a sealed Memorandum Opinion and a redacted Memorandum Opinion have been filed. The two small redacted portions of the Memorandum Opinion pertain to defendant's revenue and the total amount of damages requested by plaintiff.