**FINAL PRETRIAL CONFERENCE**

CIVIL ACTION NO. <u>13cv158</u>   DATE: <u>12/6/2013</u>

JUDGE: <u>**T.S. ELLIS, III**</u>   COURT REPORTER <u>M. Rodriquez</u>

COURTROOM DEPUTY <u>R. Mason</u>

TIME: 9:14 a.m.-9:42 a.m.

10:58 a.m.-11:19 a.m.

11:39 a.m. -11:50 a.m.

<u>REMBRANDT SOCIAL MEDIA, LP v. FACEBOOK, INC. et al.</u>

APPEARANCES:

( X ) PLAINTIFF ( X ) DEFENDANT(   ) PRO SE

NOTES:
<u>The court certified, to the Court of Appeals for the Federal Circuit, the question on the admissibility of plaintiff's expert report on damages, the court stays this case pending resolution of the expert report's admissibility by the Court of Appeals for the Federal Circuit; the Jury Trial set for 12/11/2013 is vacated.</u>