# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### MISC. NO.   14-111 - Rembrandt Social Media, LP v. Facebook, Inc.

**Date of docketing:** December 17, 2013

A petition for permission to appeal has been filed.

**Name of Petitioner(s):** Rembrandt Social Media, LP

**Name of respondent(s),** if known: Facebook, Inc.

**Related action(s):** if known: United States District Court for the Eastern District of Virginia   1:13-cv-00158-TSE-TRJ

**Critical dates include:**

- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.

Official caption is reflected on the electronic docket.

Counsel may download the Rules of Practice and required forms from www.cafc.uscourts.gov.


Daniel E. O'Toole
Clerk of Court


cc: United States District Court for the Eastern District of Virginia
Ahmed Jamal Davis
Stephen R. Smith