IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

REMBRANDT SOCIAL MEDIA, LP, )
    Plaintiff, )
    )
v. ) Case No. 1:13-cv-158
    )
FACEBOOK, INC., )
    Defendant. )
    )

### ORDER

The matter is before the Court on defendant's motion to strike the jury demand (Doc. 375), defendant's motion to strike plaintiff's supplemental Rule 26 disclosures (Doc. 376), defendant's motion to stay (Doc. 378), and plaintiff's motion for pretrial relief (Doc. 377). The motions were fully briefed and argued.

For the reasons stated from the bench, and for good cause,

It is hereby **ORDERED** that defendant's motion to strike the jury demand (Doc. 375) is **DENIED**.

It is further **ORDERED** that defendant's motion to strike plaintiff's supplemental rule 26 disclosures (Doc. 376) is **GRANTED**.

It is further **ORDERED** that defendant's motion to stay (Doc. 378) is **DENIED**.

It is further **ORDERED** that plaintiff's motion for pretrial relief (Doc. 377) is **DENIED IN PART** and **TAKEN UNDER ADVISEMENT IN PART**. Specifically, the portions of plaintiff's motion for pretrial relief requesting (1) that Rembrandt be allowed to add to the trial exhibit list a Facebook PowerPoint presentation and (2) that the Court compel Facebook to produce any withheld documents concerning the PowerPoint presentation, are **DENIED**. The

portion of plaintiff's motion for pretrial relief requesting that Mr. Malackowski be allowed to present the per-user royalty damages model detailed in his original expert report is **TAKEN UNDER ADVISEMENT.**

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
April 25, 2014

_____
T. S. Ellis, III
United States District Judge