IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| REMBRANDT SOCIAL MEDIA, LP, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-158 |
| | ) | |
| FACEBOOK, INC., *et al.*, | ) | |
| Defendants. | ) | |

## JURY VERDICT FORM

1. Do you find that Rembrandt has established by a preponderance of the evidence that Facebook literally infringes the following patent claims?

                     (Finding for Rembrandt)    (Finding for Facebook)

**U.S. Patent Number 6,415,316:**

    Claim 4:        Yes_____                    No ✓

    Claim 20:       Yes_____                    No ✓

    Claim 26:       Yes_____                    No ✓

2. Do you find that Rembrandt has established by a preponderance of the evidence that Facebook infringes by the doctrine of equivalents the following patent claim?

                     (Finding for Rembrandt)    (Finding for Facebook)

**U.S. Patent Number 6,289,362:**

    Claim 8:        Yes_____                    No ✓

3. Do you find that Facebook has established by clear and convincing evidence that the following patent claims are invalid?

|  | (Finding for Rembrandt) | (Finding for Facebook) |
|---|---|---|
| **U.S. Patent Number 6,415,316:** | | |
| Claim 4: | No_____ | Yes___✓___ |
| Claim 20: | No_____ | Yes___✓___ |
| Claim 26: | No_____ | Yes___✓___ |
| **U.S. Patent Number 6,289,362:** | | |
| Claim 8: | No_____ | Yes___✓___ |

Date: 6/13/14

Foreperson's Printed Name  REDACTED

Foreperson's Signature  REDACTED