# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| REMBRANDT SOCIAL MEDIA, LP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:13- CV-00158-TSE |
| | ) |
| FACEBOOK, INC. *et al.*, | ) |
| | ) |
| Defendant, | ) |
| | ) |

## **JUDGMENT**

Pursuant to the unanimous jury verdict entered on June 13, 2014, and in accordance with Rule 58, Fed.R.Civ.P., JUDGMENT is hereby ordered in favor of defendant FACEBOOK, INC., et al. and against plaintiff REMBRANDT SOCIAL MEDIA, LP.

Alexandria, Virginia
June 13, 2014

FERNANDO GALINDO
Clerk

 /s/ M. Pham
Courtroom Deputy