IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| REMBRANDT SOCIAL MEDIA, LP, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-158 |
| | ) | |
| FACEBOOK, INC., | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER

The matter is before the Court on defendant's "Motion to Declare This an Exceptional Case and for Attorney's Fees and Expenses Pursuant to 35 U.S.C. § 285." (Doc. 540). The motion was fully briefed and argued.

For the reasons stated from the Bench, and for good cause,

It is hereby **ORDERED** that defendant's motion is **DENIED**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
August 8, 2014

/s/
T. S. Ellis, III
United States District Judge