IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| REMBRANDT SOCIAL MEDIA, LP, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>FACEBOOK, INC., )<br>Defendant. )<br>) | Case No. 1:13-cv-158 |

## ORDER

The matter is before the Court on plaintiff's motion for judgment as a matter of law and motion for a new trial (Docs. 549 and 552). The motions were fully briefed and argued.

For the reasons stated from the Bench, and for good cause,

It is hereby **ORDERED** that plaintiff's motion for judgment as a matter of law (Doc. 549) is **DENIED**.

It is further **ORDERED** that plaintiff's motion for a new trial (Doc. 552) is **DENIED**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
August 8, 2014

/s/
T. S. Ellis, III
United States District Judge